

Jane MacCracken
Chief, CSO - Programs Division

**CENTRAL VIOLATIONS BUREAU**
**P.O. Box 780549**
**San Antonio, TX 78278**

Ted C. Willmann
Branch Chief

(800) 827-2982
FAX: (210) 301-6401

The following has been received at the Central Violations Bureau and is being forwarded to your court for further action. If you have any further questions, please call (800) 827-2982, ext

**District:** NEBRASKA

**Location Code:** NE14                **Citation Number(s):** 6483860

| | | |
|---|---|---|
| OMAH | **Hearing Site** | The location where the citation is scheduled. |
| 12/26/2018 | **Ticket/Docket Date** | The date the citation is scheduled for court. |
| _____ | **Protest** | The defendant is requesting a court date to protest the citation. |
| _____ | **Correspondence** | The defendant is providing correspondence for the court to consider regarding the citation. |
| _____ | **Miscellaneous** | See Remarks Section |

**Remarks:**

Agency request for void of citation(s).

Post office was unable to deliver to suspects apartment. Spoke with Registered Owner of the vehicle and verbally reprimanded him.

_____   Refund Approved                                    12/17/2018

__X__   Void/Dismissal Approved        RANDY DORSEY                Date
                                        SYSTEM GENERATED

Further action to be taken by CVB or Agency, please specify: _____

Ordered this __17th__ Day of __December__ 20 __18__   s/ Susan M. Bazis          67bg
                                                      U.S. Magistrate Judge    Judge Code

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY

**United States District Court**
**Violation Notice**

| | |
|---|---|
| CVB Location Code | NE-14 |

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6483860 | BRAVO | 4321 |

**6483860**

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 10-22-18 / 1013 | 1.218(b)(26) |

Place of Offense
4101 WOOLWORTH AVE
OMAHA, NE 68105

Offense Description: Factual Basis for Charge

PARKING IN NO PARKING AREA

HAZMAT ☐

**DEFENDANT INFORMATION** Phone: ( )

| Last Name | First Name | M.I. |
|---|---|---|
| HARIHARAN | PRAVEEN | |

| Street Address |
|---|
| 3724 Jackson St    Apt 210 |

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Omaha | NE | 68105 | 11/27/1991 |

| Drivers License No. | CDL ☐ D.L. State | Social Security No. |
|---|---|---|
| H13939550 | NE | — |

| ☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair BLK | Eyes BRO | Height 5'8" | Weight 165 |
|---|---|---|---|---|---|

| VEHICLE   VIN: JM1GL1V51H1151127 | | | | | CMV ☐ |
|---|---|---|---|---|---|

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| VVF135 | NE | | MAZDA MAZDA6 | | BLK |

**A** ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**B** ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

| | | |
|---|---|---|
| | $ 25 | Forfeiture Amount |
| | + $30 | Processing Fee |
| PAY THIS AMOUNT → | $ 55.00 | Total Collateral Due |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|---|

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature    Unavailable

(Rev. 09/2015)    Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a
law enforcement officer in the _____ District of _____

_____

_____

_____

_____

The foregoing statement is based upon:

☐ my personal observation    ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____    _____
                Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
                Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 11/05/2018 14:50